IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 15-873

(Filed:  October 28, 2016)

| | |
|---|---|
| PER AARSLEFF A/S, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| UNITED STATES, | ) ) |
| Defendant, and | ) ) ) |
| GREENLAND CONTRACTORS I/S AND EXELIS SERVICES A/S, | ) ) ) |
| Defendant-Intervenors. | ) ) |

ORDER OF DISMISSAL

In light of the decision of the court of appeals in the predecessor case to this one, *see Per Aarsleef A/S v. United States*, 829 F.3d 1303 (Fed. Cir. 2016), and with the agreement of counsel for the parties, *see* Pl.'s Status Report on Behalf of the Parties, ECF No. 42, the court orders that this case be dismissed.  The clerk is directed to enter judgment in accord with this disposition.

No costs.

It is so ORDERED.

                                                s/ Charles F. Lettow
                                                Charles F. Lettow
                                                Judge